IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Monegain, Jouette R | Case Number: 07 B 12472 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 11/27/07 | Filed: 7/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 15, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,414.00 | 0.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 9,150.00 | 0.00 |
| 4. | ER Solutions | Unsecured | 50.71 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 29.44 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 23.11 | 0.00 |
| 7. | Emerge Mastercard | Unsecured | 28.95 | 0.00 |
| 8. | Wachovia Education Fin | Unsecured | 625.07 | 0.00 |
| 9. | Northern Leasing System | Unsecured | 289.80 | 0.00 |
| 10. | Debt Credit Service | Unsecured | | No Claim Filed |
| 11. | F&W LLC | Unsecured | | No Claim Filed |
| 12. | ER Solutions | Unsecured | | No Claim Filed |
| 13. | Verizon Wireless | Unsecured | | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 15. | CBA | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,611.08 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Monegain, Jouette R

Printed:  11/27/07

Case Number:  07 B 12472
Judge:  Hollis, Pamela S
Filed:  7/13/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_